Certificate Number: 17082-PAE-DE-035846225

Bankruptcy Case Number: 21-11823



17082-PAE-DE-035846225

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 18, 2021</u>, at <u>7:18</u> o'clock <u>AM MST</u>, <u>KATHY GRIM</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>July 19, 2021</u>

By:  <u>/s/Mary J Miller</u>

Name:  <u>Mary J Miller</u>

Title:  <u>Certified Credit Counselor</u>