United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 21-11823-pmm
Kathy Lynn Grim Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Dec 16, 2021      Form ID: 155      Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathy Lynn Grim, 7272 Lincoln Ct., New Tripoli, PA 18066-3660 |
| 14618694 | + | Bank of America Home Loans, 4909 Savarese Circle, Floor 1, Tampa, FL 33634-2413 |
| 14627567 | + | John H. McCorvey, Jr., Esquire, 301 West Bay Street, Suite 1458, Jacksonville, FL 32202-5106 |
| 14618699 | + | John Harvard McCorvey, Jr. Esq, McCorvey Law & Mediation, PLLC, 301 W Bay St Ste 1458, Jacksonville, FL 32202-5106 |
| 14620929 | + | MANUFACTURERS AND TRADERS, TRUST COMPANY ALSO KNOWN AS M&T BANK SUC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14625930 | | MANUFACTURERS AND TRADERS TRUST, c/o Bank of America N.A, P.O. Box 31785, Tampa FL 33631-3785 |
| 14621070 | + | Manufacturers and Traders Trust Company, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14618701 | + | Pam East, 5639 Sell Road, Schnecksville, PA 18078-3231 |
| 14618703 | + | Radius Global Solutions LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 14618704 | + | Westgate Vacation Villas Resort, 7700 Westgate Boulevard, Kissimmee, FL 34747-1800 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14620462 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 16 2021 23:35:31 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14620580 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 16 2021 23:35:31 | Ally Bank, c/o Arvind Nath Rawal, AIS Portfolio Services, LP, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14626992 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 16 2021 23:35:31 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14618693 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 16 2021 23:25:00 | Ally Financial, 200 Renaissance Ctr #B0, Detroit, MI 48243-1300 |
| 14618695 | | Email/Text: cms-bk@cms-collect.com | Dec 16 2021 23:25:00 | Capital Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14628404 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2021 23:35:32 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14618697 | | Email/Text: mrdiscen@discover.com | Dec 16 2021 23:25:00 | Discover Financial Services, PO BOX 15316, Wilmington, DE 19850 |
| 14618698 | + | Email/Text: bankruptcies@ffbf.com | Dec 16 2021 23:25:00 | First Federal Bank, 4705 West Us Highway 90, Lake City, FL 32055-4884 |
| 14630184 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 16 2021 23:25:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14618700 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 16 2021 23:25:00 | Kohls/Capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Dec 16, 2021 | Form ID: 155 | Total Noticed: 22

| | | | | |
|---|---|---|---|---|
| 14618702 | Email/Text: Bankruptcy.Notices@pnc.com | | Dec 16 2021 23:25:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 14632275 | Email/Text: Bankruptcy.Notices@pnc.com | | Dec 16 2021 23:25:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14618696 | ##+ | Childrens Elite of Macclenny Inc, 5418 County Rd, 23B, Macclenny, FL 32063-4145 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 18, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2021 at the address(es) listed below:

**Name** — **Email Address**

CHARLES LAPUTKA
on behalf of Debtor Kathy Lynn Grim claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com

REBECCA ANN SOLARZ
on behalf of Creditor MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK FSB bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kathy Lynn Grim
       Debtor(s)                                           Chapter: 13

                                                                  Bankruptcy No: 21−11823−pmm
_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 16th day of December 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                         Patricia M. Mayer
                                                                         Judge ,
                                                                         United States Bankruptcy Court