| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 21-11823-PMM**

| | |
|---|---|
| Kathy Lynn Grim | Petition Filed Date: 06/29/2021 |
| 7272 Lincoln Ct. | 341 Hearing Date: 08/03/2021 |
| New Tripoli  PA    18066 | Confirmation Date: 12/16/2021 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/27/2021 | $550.00 | | 08/23/2021 | $550.00 | | 09/23/2021 | $550.00 | |
| 11/01/2021 | $550.00 | | 12/06/2021 | $790.00 | | 01/06/2022 | $790.00 | |
| 02/07/2022 | $790.00 | | 03/07/2022 | $790.00 | | 04/05/2022 | $790.00 | |
| 05/06/2022 | $790.00 | | 06/07/2022 | $790.00 | | 07/07/2022 | $790.00 | |

**Total Receipts for the Period: $8,520.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,520.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | BANK OF AMERICA  N.A. »» 001 | Mortgage Arrears | $202.11 | $202.11 | $0.00 |
| 2 | ALLY FINANCIAL »» 002 | Unsecured Creditors | $5,623.36 | $95.74 | $5,527.62 |
| 3 | FIRST FEDERAL BANK »» 003 | Unsecured Creditors | $317,808.25 | $5,410.10 | $312,398.15 |
| 4 | CITIBANK NA »» 004 | Unsecured Creditors | $1,846.31 | $19.05 | $1,827.26 |
| 5 | PERITUS PORTFOLIO SERVICES II, LLC »» 005 | Unsecured Creditors | $177.55 | $0.00 | $177.55 |
| 6 | PNC BANK »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,063.00 | $2,063.00 | $0.00 |

**Chapter 13 Case No. 21-11823-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,520.00 | Current Monthly Payment: | $790.00 |
| Paid to Claims: | $7,790.00 | Arrearages: | $240.00 |
| Paid to Trustee: | $714.60 | Total Plan Base: | $45,890.00 |
| Funds on Hand: | $15.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.