# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>Kathy Lynn Grim<br><br>Debtor(s) | Case No.: 21-11823 PMM<br><br>Chapter 13 |
|---|---|

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB in relation to a claim secured by real property commonly known as 7272 Lincoln Court, New Tripoli, PA 18066 and identified by account number *******2479.

Request is made that all notices pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature be served as follows:

POWERS KIRN, LLC
Attorneys for MANUFACTURERS AND
TRADERS TRUST COMPANY ALSO KNOWN
AS M&T BANK SUCCESSOR BY MERGER TO
HUDSON CITY SAVINGS BANK, FSB
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
bankruptcy@powerskirn.com

Dated:  November 14, 2023

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Karina Velter, Esq.; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>Kathy Lynn Grim<br><br>Debtor(s) | Case No.: 21-11823 PMM<br><br>Chapter 13 |
|---|---|

CERTIFICATION OF SERVICE
OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on November 14, 2023.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

Parties served via Electronic Notification:

Scott F. Waterman
2901 St. Lawrence Avenue, Suite 100
Reading PA  19606
info@ReadingCh13.com
Trustee

Charles Laputka, Esquire
1344 W. Hamilton Street
Allentown, PA  18102
claputka@laputkalaw.com
Attorney for Debtor/Debtors

Parties served via First-Class Mail:

Kathy Lynn Grim
7272 Lincoln Court
New Tripoli PA  18066
Debtor

Dated:  November 14, 2023

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Karina Velter, Esq.; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant