| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 21-11823-PMM

| | |
|---|---|
| Kathy Lynn Grim | Petition Filed Date: 06/29/2021 |
| 7272 Lincoln Ct. | 341 Hearing Date: 08/03/2021 |
| New Tripoli  PA    18066 | Confirmation Date: 12/16/2021 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2023 | $790.00 | | 09/06/2023 | $790.00 | | 10/06/2023 | $790.00 | |
| 11/06/2023 | $790.00 | | 12/06/2023 | $790.00 | | 01/08/2024 | $790.00 | |
| 02/05/2024 | $790.00 | | 03/07/2024 | $790.00 | | 04/05/2024 | $790.00 | |
| 05/06/2024 | $790.00 | | 06/05/2024 | $790.00 | | 07/09/2024 | $790.00 | |

**Total Receipts for the Period: $9,480.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $28,270.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | BANK OF AMERICA  N.A.<br>»» 001 | Mortgage Arrears | $202.11 | $202.11 | $0.00 |
| 2 | ALLY FINANCIAL<br>»» 002 | Unsecured Creditors | $5,623.36 | $393.59 | $5,229.77 |
| 3 | FIRST FEDERAL BANK<br>»» 003 | Unsecured Creditors | $317,808.25 | $22,937.16 | $294,871.09 |
| 4 | CITIBANK NA<br>»» 004 | Unsecured Creditors | $1,846.31 | $133.18 | $1,713.13 |
| 5 | PERITUS PORTFOLIO SERVICES II, LLC<br>»» 005 | Unsecured Creditors | $177.55 | $0.00 | $177.55 |
| 6 | PNC BANK<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,063.00 | $2,063.00 | $0.00 |

**Chapter 13 Case No. 21-11823-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $28,270.00 | Current Monthly Payment: | $790.00 |
| Paid to Claims: | $25,729.04 | Arrearages: | ($550.00) |
| Paid to Trustee: | $2,515.80 | Total Plan Base: | $45,890.00 |
| Funds on Hand: | $25.16 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.