| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 21-11823-PMM

Kathy Lynn Grim
7272 Lincoln Ct.
New Tripoli  PA    18066

Petition Filed Date: 06/29/2021
341 Hearing Date: 08/03/2021
Confirmation Date: 12/16/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2024 | $790.00 | | 09/06/2024 | $790.00 | | 10/07/2024 | $790.00 | |
| 11/05/2024 | $790.00 | | 12/06/2024 | $790.00 | | 01/07/2025 | $790.00 | |
| 02/05/2025 | $790.00 | | 03/07/2025 | $790.00 | | 04/07/2025 | $790.00 | |
| 05/06/2025 | $790.00 | | 06/05/2025 | $790.00 | | 07/08/2025 | $790.00 | |

**Total Receipts for the Period: $9,480.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $37,750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | NEWREZ LLC  D/B/A<br>»»  001 | Mortgage Arrears | $202.11 | $202.11 | $0.00 |
| 2 | ALLY FINANCIAL INC aka ALLY BANK<br>»»  002 | Unsecured Creditors | $5,623.36 | $544.28 | $5,079.08 |
| 3 | FIRST FEDERAL BANK<br>»»  003 | Unsecured Creditors | $317,808.25 | $31,488.53 | $286,319.72 |
| 4 | CITIBANK NA<br>»»  004 | Unsecured Creditors | $1,846.31 | $182.89 | $1,663.42 |
| 5 | PERITUS PORTFOLIO SERVICES II, LLC<br>»»  005 | Unsecured Creditors | $177.55 | $15.21 | $162.34 |
| 6 | PNC BANK<br>»»  006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,063.00 | $2,063.00 | $0.00 |

**Chapter 13 Case No. 21-11823-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $37,750.00 | Current Monthly Payment: | $790.00 |
| Paid to Claims: | $34,496.02 | Arrearages: | ($550.00) |
| Paid to Trustee: | $3,238.65 | Total Plan Base: | $45,890.00 |
| Funds on Hand: | $15.33 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.