B2830 (Form 2830)

**L.B.F. 4004-3B**

**UNITED STATES BANKRUPTCY COURT**

**EASTERN District Of PENNSYLVANIA**

In re _____          Case No. <u>21-11823</u>
             Kathy Grim

             Debtor

**CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

*Part I. Certification Regarding Domestic Support Obligations (check no more than one )*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

<sup>X</sup> O      I owed no domestic support obligation when I filed my bankruptcy
petition, and I have not been required to pay any such obligation since then.

O      I am or have been required to pay a domestic support obligation.  I have
paid all such amounts that my chapter 13 plan required me to pay.  I have also
paid all such amounts that became due between the filing of my bankruptcy
petition and today.

*Part II.  If you checked the second box, you must provide the information below.*

My current address:

_____

_____

My current employer and my employer's address:

_____

_____

B2830 (Form 2830)

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

X O    I have not claimed an exemption pursuant to § 522(b)(3) and state or local law
(1) in property that I or a dependent of mine uses as a residence, claims as a
homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that
exceeds \$214,000$^{*}$ in value in the aggregate.

O    I have claimed an exemption in property pursuant to § 522(b)(3) and state
or local law (1) that I or a dependent of mine uses as a residence, claims as a
homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that
exceeds
\$214,000$^{*}$ in value in the aggregate.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these
certifications is true and correct to the best of my knowledge and belief.

*Kathy Grim*

Executed on ___07/09/2026___                    _____

       Date                                   Debtor

* Amounts are subject to adjustment on 4/01/28, and every 3 years thereafter with respect to
cases commenced on or after the date of adjustment.



# SIGNATURE CERTIFICATE

**REFERENCE NUMBER**
9E51CDF7-057A-4129-A245-F95F405F462B

## TRANSACTION DETAILS

**Reference Number**
9E51CDF7-057A-4129-A245-F95F405F462B

**Transaction Type**
Signature Request

**Sent At**
07/09/2026 09:26:59 AM EDT

**Executed At**
07/09/2026 11:18:10 AM EDT

**Identity Method**
email

**Distribution Method**
email

**Signed Checksum**
84444e71e4735927dd7671f62a80530b882aa1558d5576eba4b450f309e2a143

**Signer Sequencing**
Disabled

**Document Passcode**
Disabled

**eIDAS Authentication**
Disabled

## DOCUMENT DETAILS

**Document Name**
DSO form Eastern District 1

**Filename**
DSO_form_Eastern_District_1_.docx

**Pages**
2 pages

**Content Type**
application/vnd.openxmlformats-officedocument.wordprocessingml.document

**File Size**
110 KB

**Original Checksum**
ca39e63a0c83b7451e90fc62e212cfe418336f6cbafe03d0b509f2d2dea849cb

# SIGNERS

| SIGNER | E-SIGNATURE | EVENTS |
|---|---|---|
| **Name**<br>Kathy Grim | **Status**<br>signed | **Viewed At**<br>07/09/2026 11:04:50 AM EDT |
| **Email**<br>kg1779@yahoo.com | **Multi-factor Digital Fingerprint Checksum**<br>4f53cda18c2baa0c0354bb5f9a3ecbe5ed12ab4d8e11ba873c2f11161202b945 | **Identity Authenticated At**<br>07/09/2026 11:18:10 AM EDT |
| **Components**<br>2 | **IP Address**<br>24.115.76.166 | **Signed At**<br>07/09/2026 11:18:10 AM EDT |
| | **Device**<br>Mobile Safari via iOS | |
| | **Typed Signature**<br>*Kathy Grim* | |
| | **Signature Reference ID**<br>8132118C | |

# AUDITS

| TIMESTAMP | AUDIT |
|---|---|
| 07/09/2026 09:26:59 AM EDT | Sarah Phelps (sarah@laputkalaw.com) created document 'DSO_form_Eastern_District_1_.docx' on Chrome via Windows from 108.52.232.117. |
| 07/09/2026 09:27:00 AM EDT | Kathy Grim (kg1779@yahoo.com) was emailed a link to sign. |
| 07/09/2026 11:04:50 AM EDT | Kathy Grim (kg1779@yahoo.com) viewed the document on Mobile Safari via iOS from 24.115.76.166. |
| 07/09/2026 11:18:10 AM EDT | Kathy Grim (kg1779@yahoo.com) authenticated via email on Mobile Safari via iOS from 24.115.76.166. |
| 07/09/2026 11:18:10 AM EDT | Kathy Grim (kg1779@yahoo.com) signed the document on Mobile Safari via iOS from 24.115.76.166. |