United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 21-11823-pmm

Kathy Lynn Grim                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                         User: admin                                Page 1 of 3

Date Rcvd: Jul 21, 2026                  Form ID: 138OBJ                        Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Kathy Lynn Grim, 7272 Lincoln Ct., New Tripoli, PA 18066-3660 |
| 14618696 | + | Childrens Elite of Macclenny Inc, 5418 County Rd, 23B, Macclenny, FL 32063-4145 |
| 14627567 | + | John H. McCorvey, Jr., Esquire, 301 West Bay Street, Suite 1458, Jacksonville, FL 32202-5106 |
| 14618699 | + | John Harvard McCorvey, Jr. Esq, McCorvey Law & Mediation, PLLC, 301 W Bay St Ste 1458, Jacksonville, FL 32202-5106 |
| 14630184 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14621070 | + | Manufacturers and Traders Trust Company, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14965058 | + | NewRez LLC dba, Shellpoint Mortgage Servcing, c/o Wendy Locke Esq., 3333 Camino del Rio South,Ste.225, San Diego, CA 92108-3808 |
| 14618701 | + | Pam East, 5639 Sell Road, Schnecksville, PA 18078-3231 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 22 2026 02:18:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 22 2026 02:19:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14620462 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2026 02:20:34 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14620580 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2026 02:20:28 | Ally Bank, c/o Arvind Nath Rawal, AIS Portfolio Services, LP, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14626992 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2026 02:20:23 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14618693 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 22 2026 02:18:00 | Ally Financial, 200 Renaissance Ctr #B0, Detroit, MI 48243-1300 |
| 14618694 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 22 2026 02:18:00 | Bank of America Home Loans, 4909 Savarese Circle, Floor 1, Tampa, FL 33634-2413 |
| 14618695 | | Email/Text: cms-bk@cms-collect.com | Jul 22 2026 02:18:00 | Capital Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14628404 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2026 02:20:29 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14618697 | | Email/Text: mrdiscen@discover.com | Jul 22 2026 02:18:00 | Discover Financial Services, PO BOX 15316, Wilmington, DE 19850 |
| 14618698 | + | Email/Text: bankruptcies@ffbf.com | Jul 22 2026 02:18:00 | First Federal Bank, 4705 West Us Highway 90, Lake City, FL 32055-4884 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 21, 2026 | Form ID: 138OBJ | Total Noticed: 27 |

| 14618700 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
|---|---|---|---|
| | | Jul 22 2026 02:20:22 | Kohls/Capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14620929 | ^ MEBN | | |
| | | Jul 22 2026 02:13:32 | MANUFACTURERS AND TRADERS, TRUST COMPANY ALSO KNOWN AS M&T BANK SUC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14625930 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | | |
| | | Jul 22 2026 02:18:00 | MANUFACTURERS AND TRADERS TRUST, c/o Bank of America N.A, P.O. Box 31785, Tampa FL 33631-3785 |
| 14958931 | Email/Text: mtgbk@shellpointmtg.com | | |
| | | Jul 22 2026 02:18:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 14618702 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jul 22 2026 02:18:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 14632275 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jul 22 2026 02:18:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 14618703 | + Email/Text: ngisupport@radiusgs.com | | |
| | | Jul 22 2026 02:18:00 | Radius Global Solutions LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 14618704 | Email/Text: bankruptcy_notices@wgresorts.com | | |
| | | Jul 22 2026 02:18:00 | Westgate Vacation Villas Resort, 7700 Westgate Boulevard, Kissimmee, FL 34747 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Kathy Lynn Grim ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK  FSB bankruptcy@powerskirn.com |
| MATTHEW K. FISSEL | on behalf of Creditor MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK  FSB bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |

SCOTT F. WATERMAN (Chapter 13)
                        on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
                        ECFMail@ReadingCh13.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*Form 138OBJ* (6/24)–doc 50 – 49

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Kathy Lynn Grim | ) | Case No. 21–11823–pmm |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 21, 2026

For The Court

Mohung Wong
Clerk of Court