United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 21-11823-pmm
Kathy Lynn Grim Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 3
Date Rcvd: Aug 12, 2026 Form ID: 3180W Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathy Lynn Grim, 7272 Lincoln Ct., New Tripoli, PA 18066-3660 |
| cr | | MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN, Bank of America, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | + | Manufacturers And Traders Trust Company, NewRez LLC d/b/a Shellpoint Mortgage Ser, Servicing, P.O. Box 10826, Greenville, SC 29603-0826 UNITED STATES 29603-0826 |
| 14618696 | + | Childrens Elite of Macclenny Inc, 5418 County Rd, 23B, Macclenny, FL 32063-4145 |
| 14627567 | + | John H. McCorvey, Jr., Esquire, 301 West Bay Street, Suite 1458, Jacksonville, FL 32202-5106 |
| 14618699 | + | John Harvard McCorvey, Jr. Esq, McCorvey Law & Mediation, PLLC, 301 W Bay St Ste 1458, Jacksonville, FL 32202-5106 |
| 14630184 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14621070 | + | Manufacturers and Traders Trust Company, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14965058 | + | NewRez LLC dba, Shellpoint Mortgage Servcing, c/o Wendy Locke Esq., 3333 Camino del Rio South,Ste.225, San Diego, CA 92108-3808 |
| 14618701 | + | Pam East, 5639 Sell Road, Schnecksville, PA 18078-3231 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 13 2026 02:10:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 13 2026 02:10:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14620462 | + | EDI: AISACG.COM | Aug 13 2026 06:03:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14620580 | + | EDI: AISACG.COM | Aug 13 2026 06:03:00 | Ally Bank, c/o Arvind Nath Rawal, AIS Portfolio Services, LP, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14626992 | + | EDI: AISACG.COM | Aug 13 2026 06:03:00 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14618693 | + | EDI: GMACFS.COM | Aug 13 2026 06:03:00 | Ally Financial, 200 Renaissance Ctr #B0, Detroit, MI 48243-1300 |
| 14618694 | + | EDI: BANKAMER | Aug 13 2026 06:03:00 | Bank of America Home Loans, 4909 Savarese Circle, Floor 1, Tampa, FL 33634-2413 |
| 14618695 | | Email/Text: cms-bk@cms-collect.com | Aug 13 2026 02:10:00 | Capital Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14628404 | | EDI: CITICORP | Aug 13 2026 06:03:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14618697 | | EDI: DISCOVER | Aug 13 2026 06:03:00 | Discover Financial Services, PO BOX 15316, |

| | | | | |
|---|---|---|---|---|
| | | | | Wilmington, DE 19850 |
| 14618698 | + | Email/Text: bankruptcies@ffbf.com | Aug 13 2026 02:10:00 | First Federal Bank, 4705 West Us Highway 90, Lake City, FL 32055-4884 |
| 14618700 | + | EDI: CAPITALONE.COM | Aug 13 2026 06:03:00 | Kohls/Capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14620929 | ^ | MEBN | Aug 13 2026 02:09:00 | MANUFACTURERS AND TRADERS, TRUST COMPANY ALSO KNOWN AS M&T BANK SUC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14625930 | | EDI: BANKAMER | Aug 13 2026 06:03:00 | MANUFACTURERS AND TRADERS TRUST, c/o Bank of America N.A, P.O. Box 31785, Tampa FL 33631-3785 |
| 14958931 | | Email/Text: mtgbk@shellpointmtg.com | Aug 13 2026 02:10:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 14618702 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 13 2026 02:10:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 14632275 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 13 2026 02:10:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 14618703 | + | Email/Text: ngisupport@radiusgs.com | Aug 13 2026 02:10:00 | Radius Global Solutions LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 14618704 | | Email/Text: bankruptcy_notices@wgresorts.com | Aug 13 2026 02:10:00 | Westgate Vacation Villas Resort, 7700 Westgate Boulevard, Kissimmee, FL 34747 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN, Bank of America, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN, Bank of America, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Kathy Lynn Grim ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK FSB bankruptcy@powerskirn.com |
| MATTHEW K. FISSEL | on behalf of Creditor MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK FSB bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN (Chapter 13) | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Kathy Lynn Grim<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–6909 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | | |
| Case number: | 21–11823–pmm | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kathy Lynn Grim

8/11/26

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**