Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Kathy Lynn Grim
7272 Lincoln Ct.
New Tripoli, PA 18066

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 21-11823-PMM**

Petition Filed Date: 06/29/2021
341 Hearing Date: 08/03/2021
Confirmation Date: 12/16/2021

Case Status: Completed on 7/ 6/2026

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/05/2025 | $790.00 | | 09/09/2025 | $790.00 | | 10/06/2025 | $790.00 | |
| 11/05/2025 | $790.00 | | 12/08/2025 | $790.00 | | 01/06/2026 | $790.00 | |
| 02/05/2026 | $790.00 | | 03/09/2026 | $790.00 | | 04/06/2026 | $790.00 | |
| 05/11/2026 | $790.00 | | 06/05/2026 | $790.00 | | 07/06/2026 | $790.00 | |

**Total Receipts for the Period: $9,480.00 Amount Refunded to Debtor Since Filing: $550.00 Total Receipts Since Filing: $46,440.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | NEWREZ LLC D/B/A<br>»» 001 | Mortgage Arrears | $202.11 | $202.11 | $0.00 |
| 2 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 002 | Unsecured Creditors | $5,623.36 | $687.31 | $4,936.05 |
| 3 | FIRST FEDERAL BANK<br>»» 003 | Unsecured Creditors | $317,808.25 | $38,842.11 | $278,966.14 |
| 4 | CITIBANK NA<br>»» 004 | Unsecured Creditors | $1,846.31 | $225.65 | $1,620.66 |
| 5 | PERITUS PORTFOLIO SERVICES II, LLC<br>»» 005 | Unsecured Creditors | $177.55 | $21.78 | $155.77 |
| 6 | PNC BANK<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,063.00 | $2,063.00 | $0.00 |
| 0 | Kathy Lynn Grim | Debtor Refunds | $550.00 | $550.00 | $0.00 |
| 7 | ALLY FINANCIAL INC aka ALLY BANK | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 8 | WESTGATE VACATION VILLAS OWNERS ASSOC | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | DISCOVER FINANCIAL SERVICES LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | PAM EAST | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-11823-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $46,440.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $42,591.96 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,848.04 | Total Plan Base: | $45,890.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.